IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND SAUNDERS,

    Petitioner,

v.

OXFORD FEDERAL CORRECTIONAL INSTITUTION,

    Respondent.

ORDER

Case No. 25-cv-154-wmc

---

On November 12, 2024, Petitioner Raymond Saunders filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the U.S. District Court for the Southern District of Florida. On February 27, 2025, the Southern District of Florida entered an order transferring this case to this court—the U.S. District Court for the Western District of Wisconsin. Upon review of the record, petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 24, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 27, 2024 through the date of the petition, February 27, 2025.

ORDER

IT IS ORDERED that:

1. Petitioner Raymond Saunders may have until March 24, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 24, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 28th day of February, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge